IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANITA KAYE NORWOOD | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| NANCY BERRYHILL, Acting Commissioner of Social Security | : | NO. 18-351 |

## ORDER

**NOW**, this 13th day of December, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 10), the defendant's response, the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Document No. 19), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** as follows::

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. To the extent the plaintiff seeks remand, the request for review is **GRANTED**; and,

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Marilyn Heffley.

/s/TIMOTHY J. SAVAGE